United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **TYLER PEEL**, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02417 |
| § § | |
| **cPAPERLESS LLC**, *et al.*, § § | |
| Defendants. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Defendants' Motion to Dismiss Count I of the Second Amended Complaint. ECF No. 55. The Motion had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On November 8, 2024, Judge Palermo issued the Report and Recommendation on Defendants' Motion, recommending that the Motion be granted, that Plaintiffs' RICO claim should be dismissed with prejudice, and Plaintiffs' remaining state-law claims should be dismissed without prejudice for lack of subject-matter jurisdiction. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's Motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on December 9, 2024.

Keith P. Ellison
United States District Judge